UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO CASTRO BAZAN (1);<br>JONATHAN NERIA CORNEJO (2);<br>LESTHER VON BARTOLOME<br>JARAMILLO (3),<br><br>Defendants. | Case No.: 22-cr-0971-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On October 25, 2022, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for October 28, 2022 to January 13, 2023. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 66] and sets the Motion Hearing/Trial Setting on January 13, 2023 at 10:30 a.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//

1    Further, on May 23, 2022, Defendant Jonathan Neria Cornejo filed a pretrial motion
2 that remains pending. A co-Defendant also filed a pretrial motions that remains pending.
3 Accordingly, the Court finds that time from May 23, 2022 to January 13, 2023 shall be
4 excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18
5 U.S.C. § 3161(h)(1)(D). This time is excluded as to co-Defendants. *United States v.*
6 *Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well established that an exclusion from
7 the Speedy Trial clock for one defendant applies to all codefendants.").

8    IT IS SO ORDERED.
9 Dated: 10/26/22

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE